Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Ocala Division

Romancee Oshay George

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Robert Schofield

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:23-cv-738-JLB-PRL

*(to be filled in by the Clerk's Office)*

EC 27 2023 AM 10:17
ED - USDC - FLMD - OCA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Attachment for page 1

Defendants.

1. Robert Schofield (officer)
2. James Pappas (Nurse)
3. LT kitchen
4. (officer) Oneil
5. (officer Whitlow
6. (Nurse) coleman
7. (Ex) LT Irving

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Romancee George |
| All other names by which you have been known: | |
| ID Number | 08537-104 |
| Current Institution | Edgefield FCI |
| Address | PO Box 725 |
| | Edgefield S.C 29824 |
| | *City*     *State*     *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Robert Schofield |
| Job or Title *(if known)* | Federal Bureau of Prison - Officer |
| Shield Number | |
| Employer | 846 NE 54 Terrace |
| Address | |
| | Coleman     FL     33521 |
| | *City*     *State*     *Zip Code* |

☑ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | LT. Kitchen |
| Job or Title *(if known)* | Federal Bureau of Prisons - LT. |
| Shield Number | |
| Employer | 846 NE 54 Terrace |
| Address | |
| | Coleman     FL     33521 |
| | *City*     *State*     *Zip Code* |

☑ Individual capacity     ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name      James Pappas
Job or Title *(if known)*    Doctor
Shield Number
Employer      Federal Bureau of Prisons coleman
Address      846 NE 54 Terrace.
     coleman      FL    33521
       City        State     Zip Code

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4
Name      Oneil officer
Job or Title *(if known)*    Officer.
Shield Number
Employer      Federal Bureau Of Prisons coleman
Address      846 NE 54 Terrace.
     coleman      FL    33521
       City        State     Zip Code

[✓] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 8th Amendment Rights violation.

The parties To complaint

B. The Defendants

Defendant(5) Nurse Coleman RN
Federal Bureau of Prisons - Coleman
846 NE 54 Terrace
Coleman, FL 33521

Defendant (6) officer Whitlow
Federal Bureau of Prisons - Coleman
846 NE 54 Terrace
Coleman, FL 33521

Defendant (7) (Ex) LT. Irving
Federal Bureau of Prisons - Coleman
846 NE 54 Terrace
Coleman, FL 33521

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

This Incident took place at Coleman USP-1 K-Unit on Dec 6, 2020 from about 9:30 pm Until Dec 7th 2020 2 pm

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Dec 6,2020 from 9:30pm to Dec 7th 2020 2pm

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Staff Misconduct and abuse for requesting medical emergency. I could not breathe properly while I was quarting in COVID-19 unit-k. I told my celly Kenyatta Flowers 30516-076 he than hit the panic button officers Oneil and Schofield came to our door and ask "whats the emergency?" My celly respond that I cant breathe full

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I receive an injury to my entire mid-section below my belly button around my entire waist is chain makes thats how tight they had me. I also have an injury to my right Arm elbow area my hand goes numb 70% of the day and I was in extreme Pain. I can no longer hold my pee piss either. (veiw Attachment)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am requesting to receive 4.5 million dollars in Compensatory Damages for Injuries I sustained. I am also requesting 4.5 million dollars in Punitive Damages to punish officers Nurses involved and because I suffer greatly for 15 hrs straight. Total 9 million $

I will also like the Judge to Order FBOP to get me C/T scan and to document all Injuries and take pictures Please.

Exhibit

# Statement of Claim <u>Attachment</u>

## Incident Report of events    1 of 2

Staff misconduct and abuse for requesting medical emergency on 12-6-20 I could not breathe properly while I was quaratng in COVID-19 unit K @ USP-1 coleman so I told my celly Inmate Kenyatta Flowers 30516-076 he than hit the panic emergency button officers O'neil and Schofield came to our door and asked "what is our emergency"? My celly respond that I can't breathe fully! officers Schofield states "well since he isn't dead yet he is breathing do not hit that button unless inmate George is dead"! They leave our room door like 30 to 45 mins goes by I am still having issues catching AIR so I tell my celly please remember that I am HIV positive and I have Asthma and HEP B in COVID-19 unit and I fall to the floor my celly panic and hit the button at this time officer(s) Schofield and O'neil come to my door I'm on the floor Schofield states" Inmate George get your bitch ass up" I couldn't so my celly is begging them to help me and my celly disclose my Health status to them that I have Asthma, HIV, HEP B at this Schofield responds" he shouldn't have been sucking Dick his AIDS having nigger and only way he will receive medical attention is if he eat this gas"! So my celly said to me what do

Exhibit "Statement of Claim

2 of 2

you want to do bro I said I need help so
inmate Flowers starts to cover the window because
Schofield and O'neil said he must do it! Upon my
celly finishing they spray us write up false paperwork
on me not my celly. LT kitchen and Hinkle respond to
call for asst. We both submitted to cuffs they put
us both in hot showers, I still had on my mask on
officer oneil was on my leftside Schofield on my
rightside Schofield punched me in my right lung
and said in my ear "Nigger we will kill you"
They drown me until officer came with Use of
force camera. Then they held my face under water
on Use of force camera recorder. After that they
put me in restrains officer Hinkle 6'3" 320 Ibs
but it was to tight I ask on camera to please
loosing it some I can't get a full breath of AIR
to no avail. they leave me cuffed in storage room
and I knocked on door with my feet and they
come back and strap me in restrain chair super tight!
I have Scars around my whole mid-section and right
Area from straps on chair! My Organs received extensive
damage because chain was placed right under my belly button
not waistline. My right forarm is forever numb due to abuse!
I will never be the same. LT kitchen is the one to order
them to and I quote "to fuck me over"! I would like to
— Press charges— for (Agg Assault)

James Pappas Nurse

failed To follow policy set forth
by BoP Program Statement 5566.06
Use of Force and Application of Restrains
(On Dec 7. 2020)
LT. Wilson and Officer Fruit called
medical personnel as soon as plaintiff
was released from Restrains.
Nurse Pappas responded to K unit
Pappas conducted an injury assessment!
James Pappas reported a fraudelent
assessment on plaintiff's medical file
First off Pappas lied and claimed my
assessment was done inside of medical
Dec 8th 2020 he than claimed I told
him I only did 4hrs in restrain chair
which is a lie I went into restrains
Dec 6, 2020 at 9:45pm I did not
get released until Dec 7, 2020 at 12 pm
by LT. Wilson and officer Fruit.
Pappas further committed Fraud by
saying I had no gross deformaties
my mid-section had chain markes
around my entire mid-section

I still have scars today July 18, 2022
you can clearly tell they're chain
marks also my right elbow forearm
area was injuried badly by how
tight they restrains was and now
my arm goes numb whenever I
bend it to long.

Due to pappas illegal intentions
I was not afforded proper care
by BOP and I suffer greatly by
this illegal actions of all involved!

Nurse Coleman

failed to follow policy set forth by the BOP = Program Statement 5566.06 Use of Force and Application of Restraints

Nurse failed to conduct 4hr checks which resulted in blockage of circuation to planitiff's organ's and right forearm Area
Also at the moment plaintiff was placed in the restrain chair he verbally told nurse coleman on use of force camera that he could not beathe fully.

Direct violation of (E) page 17

LT Irving

Did in fact conduct her 2hr checks but failed to let me use the restroom or drink water. Futhermore I was never granted release from restrains her entire staff 12AM-8AM or was I given a chance to be placed in lesser restrains.
Also Lieutenant did not order medical to come see me twice during her shift in accordence with the policy I was degraded by having to continually urinate on myself due to this harsh treatment from the shift supervisor.
Futhermore I was locked in a storage room with no bathroom area or water and I was refused my asthma pump after being sprayed with mase.

Officer WHITLOW

Is the officer that put the belly chain around my mid-section as tight as possible. He is 6'8" 320 lbs it took him 5 mins to actually get it around my waist.

Note in complaint I had his name as tinkle that is not his name.

# Continuation Attachment

## Injuries:

I am required to and did not
recieve proper medical treatment
all I got was pain meds. I think
I needed a c/T scan of my organs
and nerves to review how severly
I was injuried. Note medical refused
to take pictures of my actually
injuries.

# Witnesses

My roommate Kenyatta Flowers 30516-076
Psych Dr. Thomasson
Unit Manager. Mrs Smith
LT. Crawford
LT. Debo
SIS LT. Mr. Wilson
SIS Officer Frunt
SIA Mr. Brown
OIG Mr. Valdez
Nurse Brandon Cornette
Officer Williams (S. Williams)
Ms. Quiñtar counselor
Camera footage from Dec 6, 2020 9pm
until Dec 7, 2020 2pm
Officer Caruthers

## Witnesses:

1. Kenyatta Flowers was involved in the use of force with me.

2. Psych Dr. Thomasson saw me on Dec 7, 2020 while I was still in restrain chair he cleared me of any mental health issues at 9:30 AM

3. Mrs. Smith and LT Wilson came and saw me around 8am telling me I must see pysch and asked me what happened Dec 7, 2020

4. LT. Crawford and LT Debo served me a shot at 10 AM at that time I begged to be let out but was advised that LT. Wilson will be back at 12pm to let me out.

5. LT. Wilson and officer Fruit came at 12pm and let me out of Restrain chair. Upon my release from restrain chair officer let me use shower and called medical due to my right Arm and mid-section James Pappas came and saw me.

6. I filed sensetives to OIG office around July they came and saw me I told them what happened and who was involved and I showed The OIG Valdez and SIA Mr. Brown my injuries.

7. Officer williams was assigned to K-Unit on 12-7-2020 8am to 4pm shift and saw when I came out revtrain chair.

8. Januaray I finally got pulled out for sick call Nurse cornette order me pain meds and documented my injury.

9. Officer Caruthers was involved in The use of force but only as camera man.

10. Mr. Quillar recieved my BP-8 from me Jan 2021 but did not ever know what happened to my BP-229 was posted.
Ms. Quillar did not conduct rounds in COVID so I was able to file an grievances once I went to D-Unit Dec 28, 2020

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All claims

_____

F I X

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?
I filed at FCC Coleman USP-1 I submitted a BP-8 informal to BOP offical

2.   What did you claim in your grievance? I claimed that I was abused for requestin Medical emergency I also told exactly what happened and that I was maced while secured in room than Placed inside Hot shower with mask on and than placed in Restrain chair

3.   What was the result, if any? My first grievances was timely than it disappear for 14 hr disappeared so I resubmitted and all they keep saying is I'm untimely and not accepting the grievances or is they seeing if my claims or true or false They're only retaining them

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I asked my Unit team to write a memo and explain why my Grievances was losted they refused! I also refiled to Regional Office! Ms. Yvette Burkes Grievences Coordintor keep holding my grievances documents for a long time without Extension paperwork or did is write a memo on my behalf

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed Sensetive to Regional Director.  (Veiw Exhibts)
I also filed BP 8 Informal Resolution BP 229 A230 BP 231

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)   Romancee George

Defendant(s)   Robert Schofield et, al

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Middle District of Florida - Ocala

3.    Docket or index number

5:21-cv-483-WWB-PRL

4.    Name of Judge assigned to your case

Wendy Berger

5.    Approximate date of filing lawsuit

9/24/21

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed without prejudice

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    NO

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition  _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10/10/23

Signature of Plaintiff   *Romancee George*

Printed Name of Plaintiff   Romancee George

Prison Identification #   08537-104

Prison Address   FCI Edgefield  P.O Box 725

Edgefield          S.C      29824
       City          State      Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

              City          State      Zip Code

Telephone Number

E-mail Address